MARCH 12, 1956.

No. 584. GENTLES ET AL. *v.* McCONNELL, INSURANCE COMMISSIONER OF CALIFORNIA, ET AL.; and

No. 585. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. *v.* McCONNELL, INSURANCE COMMISSIONER OF CALIFORNIA, ET AL. Appeals from the Supreme Court of California. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed. Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied. THE CHIEF JUSTICE and MR. JUSTICE REED took no part in the consideration or decision of these cases. *Alfred McCormack, John Logan O'Donnell, Peyton Ford* and *Alan Y. Cole* for appellants in No. 584. *Joseph L. Lewinson, Henry W. Low* and *Frank E. Holman* for appellants in No. 585. *Guy Knupp* and *Peery Price* for McConnell, and *Homer I. Mitchell, Warren M. Christopher* and *Charles A. Horsky* for the Pacific Mutual Life Insurance Co., appellees. Reported below: 44 Cal. 2d 715, 285 P. 2d 636.

No. 9, Original. TEXAS *v.* NEW MEXICO ET AL. The request of the United States that it be permitted to defer until November 15, 1956, the submission of a statement of its views regarding its indispensability as a party to this suit is granted. *Solicitor General Sobeloff, Assistant Attorney General Rankin, Oscar H. Davis* and *George S. Swarth* for the United States.

No. 201. HYUN *v.* LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 350 U. S. 816, to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file brief of James C. Baker et al., as *amici curiae,* is denied.